Kennedy Van Saun Manufacturing and Engineering Corporation, Appellant, *v.* Miller Brothers Construction Company, Inc., Respondent.

(Argued May 25, 1934; decided June 8, 1934.)

700

*Herbert G. McLear* for appellant.
*Francis Bergen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LOUGHRAN, J.